1

HONORABLE RONALD B. LEIGHTON

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
9                                    AT TACOMA

10   NATIONAL ASSOCIATION OF POSTAL
     SUPERVISORS BRANCH 940, et al,           Case No. C07-5649RBL
11
                  Plaintiffs,
12                                            ORDER
13        v.

14   UNITED STATES POSTAL SERVICE,

15                Defendant.

16

17        THIS MATTER is before the Court on Plaintiff's Application for Temporary Restraining Order[1] and

18   Motion for Preliminary Injunction [Dkt. #4].  Plaintiffs are two labor organizations who seek injunctive relief

19   on behalf of Robert Warden, the founder of Plaintiff Association of Progressive Postal Employees of America.

20   Warden is also Plaintiff National Association of Postal Supervisors' area representative.  Robert Warden is not

21   a named plaintiff in this action.  However, Mr. Warden previously filed pro se a complaint in this district that

22   involves several identical issues and common questions of fact.  On Warden's motion, that action was

23   transferred to the District of Oregon.  In the USPS's response the defendant requests that this action also be

24   transferred to the District of Oregon in order to conserve judicial resources and to avoid the potential for

25

26

27

28
        [1]Plaintiff's request for a Temporary Restraining Order was effectively granted by the parties stipulation as to the briefing
     schedule for the motion for preliminary injunction [Dkt. #7].

     ORDER
     Page - 1

1   inconsistent verdicts.  This Court agrees.  Therefore, this matter is hereby transferred to the United States

2   District Court for the District of Oregon.

3   **IT IS SO ORDERED.**

4   Dated this 12th day of December, 2007.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 2